IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, *et al.* )<br><br>Plaintiffs, )<br>v. )<br><br>GLASS MANAGEMENT SERVICES, INC. )<br><br>Defendant. ) | No. 1:20-cv-02305-ELH |

## NOTICE OF DISMISSAL PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

COME NOW Plaintiffs, International Painters and Allied Trades Industry Pension Fund, *et al.*, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), to stipulate that all claims of Plaintiffs as to Defendant in the above captioned matter are DISMISSED WITH PREJUDICE subject to reinstatement pursuant to the terms and conditions of the Settlement Agreement by and between all parties to this action dated December 4, 2020.

Respectfully submitted,

December 28, 2020         /s/ Judith Sznyter
                          JUDITH SZNYTER, ESQUIRE
                          Bar No. 29743
                          Jennings Sigmond, P.C.
                          1835 Market Street, Suite 2800
                          Philadelphia, PA 19103
                          (215) 351-0641
                          jsznyter@jslex.com
                          *Attorney for Plaintiffs*

766991_1.docx
PTINTF-36021.pl