IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, *et al.* )<br><br>Plaintiffs, )<br>v. )<br>GLASS MANAGEMENT SERVICES, INC. )<br><br>Defendants. ) | No. 1:20-cv-02305-ELH |

ORDER

Upon consideration of the Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), filed by the Plaintiffs in the above-captioned action, it is this __21st__ day of __Jan.__, 2020:

**ORDERED**, that the claims against Defendant Glass Management Services, Inc. are **DISMISSED WITH PREJUDICE** subject to reinstatement pursuant to the terms and conditions of the Settlement Agreement by and between all parties to this action dated December 4, 2020.

_Ellen L. Hollander_
Ellen L. Hollander
United States District Judge

766991_1.docx
PTINTF-36021.pl